UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DIANNA R. HOPPER, | CASE NO. 3:24-cv-05630-TL |
|---|---|
| Plaintiff, v. | ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter is before the Court on Plaintiff Diana R. Hopper's Unopposed Motion for Extension of Time. Dkt. No. 8. Having reviewed the motion and the relevant record, the Court GRANTS the motion and hereby RESETS the briefing schedule:

| | |
|---|---|
| Plaintiff's Opening Brief, **limited to 18 pages or 6300 words, whichever is less**, is due: | **February 3, 2025** |
| Defendant's Response Brief, **limited to 18 pages or 6300 words, whichever is less**, is due: | **March 5, 2025, or within 30 days of the date the opening is filed, whichever is earlier.** |
| Plaintiff's Optional Reply Brief, **limited to 9 pages or 3150 words, whichever is less**, is due: | **March 19, 2025, or within 14 days of the date the response is filed, whichever is earlier.** |

Dated this 17th day of December 2024.

Tana Lin
United States District Judge

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME - 1